IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DEMITRIA BUTLER, )<br>)<br>Plaintiff, )<br>v. )  Case No.: 3:10cv828-WHA<br>)<br>CHARTER COMMUNICATIONS, INC., )       (wo)<br>PROTECTION ONE SYSTEMS, et al., )<br>)<br>Defendants. ) | |

## **ORDER**

This cause is before the court on a Motion for Leave to File an Amended Answer (Doc. #54), filed by Defendant Protection One Systems on June 3, 2011.  It is hereby

ORDERED that the Motion for Leave to File First Amended Answer (Doc. #54) is GRANTED, and the Amended Answer contained in Exhibit A to the Motion may be filed by the Defendant.

Done this 3rd day of June 2011.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE