IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| DEMITRIA BUTLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No.: 3:10cv828-WHA |
| | ) | |
| CHARTER COMMUNICATIONS, INC., | ) | (wo) |
| PROTECTION ONE SYSTEMS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Upon consideration of the Defendant Protection One Systems' Motion to Strike (Doc. #79), and Plaintiff's Response thereto (Doc. #81), the court will excuse the neglect of Plaintiff's counsel in filing his Response in opposition to the Motion for Partial Summary Judgment four days after the court imposed deadline.  Plaintiff's counsel is advised, however, to scrupulously comply with all deadlines set by the court in the future.

It is hereby ORDERED that the Motion to Strike (Doc. #79) is DENIED.

It is further ORDERED that the deadline for Defendant to file a Reply is extended to September 20, 2011.

DONE this 14th day of September, 2011.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE